FILED
April 16, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>            Plaintiff, ) <br> v.                     ) <br>                      ) <br> YASIR MEHMOOD,    ) <br>                      ) <br>            Defendant.   ) | Case No. 2:12MJ00093-DAD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __YASIR MEHMOOD__, Case No. __2:12MJ00093-DAD__, Charge __18USC § 1708__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ __50,000.00__

           __    Unsecured Appearance Bond

           __    Appearance Bond with 10% Deposit

           __    Appearance Bond with Surety

           __    Corporate Surety Bail Bond

    ✔    (Other)     __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 16, 2012__ at __2:48 pm__ .

                                      By   /s/ Gregory G. Hollows
                                              Gregory G. Hollows
                                              United States Magistrate Judge

Copy 5 - Court