```
BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>YASIR MEHMOOD,<br>　　　　　Defendant,<br>　and<br>TABASSUM SARANI MEHMOOD,<br>MUNIRA SARANI,<br>　　　　　Sureties. | CR NO. 12-154-JAM<br><br>ORDER RE: SETTLEMENT AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND SURETIES, TABASSUM SARANI MEHMOOD, MUNIRA SARANI, CONCERNING AMOUNT OWING ON 4/16/12 APPEARANCE BOND |

The Court, having received and read the Settlement Agreement of the parties, hereby enters it as an Order of the Court.

Pursuant to the Settlement Agreement, the Court further finds the following:

1. Mehmood has violated the conditions of his pretrial release in CR 12-154-JAM and 12-093-DAD and the amount of the appearance bond, $50,000, is hereby forfeited.

2. Pursuant to the Settlement Agreement, absent further order of this Court, the Sureties, Tabassum Sarani Mehmood and Munira

ORDER RE SETTLEMENT AGREEMENT　　　　　　　　　　　　　　　　　　　　　　1

Case 2:12-cr-00154-JAM   Document 37   Filed 03/07/13   Page 2 of 2

1  Sarani, on or before 9/3/13, shall pay to the clerk of the Court the
2  amount owing on the $50,000 appearance bond, namely $26,000.
3      3.   The $24,000 received from the Sureties on 3/1/13 is hereby
4  forfeited.
5      4.   Upon receipt of the $26,000 balance due under the
6  appearance bond and pursuant to the Settlement Agreement, the United
7  States shall forthwith file an order releasing the Sureties of their
8  liability under the appearance bond agreement.
9      So Ordered.

DATED: 3/7    , 2013.

By: *(signature)*
CAROLYN K. DELANEY
U.S. MAGISTRATE JUDGE

///

ORDER RE SETTLEMENT AGREEMENT                                      2