1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   YASIR MEHMOOD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-CR-00154 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | |
| YASIR MEHMOOD, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Rodriguez, Assistant United States Attorney, attorney for plaintiff, and Michael Hansen, attorney for defendant Yasir Mehmood, that the previously-scheduled status conference date of May 21, 2013, be vacated and the matter set for status conference on June 18, 2013, 2012, at 9:45 a.m.

This continuance is requested to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.  Counsel was appointed on April 30, 2013.  Several thousand pages of discovery have yet to be reviewed.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

**Stipulation and [Proposed] Order to Continue Status Conference**

should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, May 17, 2013, to and including June 18, 2013.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  May 17, 2013                              Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
YASIR MEHMOOD

Dated:  May 17, 2013                              BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Michael E. Hansen for
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
Attorney for Plaintiff

### ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 17, 2013, to and including June 18, 2013, shall be excluded from computation of time within which the

**Stipulation and [Proposed] Order to Continue Status Conference**

1 trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section
2 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is
3 further ordered that the May 21, 2013, status conference shall be continued until June 18, 2013,
4 at 9:45 a.m.

**IT IS SO ORDERED**.

Dated: 5/17/2013

                                                       /s/ John A. Mendez
                                                       JOHN A. MENDEZ
                                                       United States District Court Judge

**Stipulation and [Proposed] Order to Continue Status Conference**