BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　v.<br>YASIR MEHMOOD,<br>　　　　　　Defendant,<br>　and<br>TABASSUM SARANI MEHMOOD,<br>MUNIRA SARANI,<br>　　　　　　Sureties. | CR NO.  2:12-CR-00154-JAM<br><br>ORDER RE: SUPPLEMENTAL SETTLEMENT AGREEMENT BETWEEN THE UNITED STATES OF AMERICA AND SURETIES, TABASSUM SARANI MEHMOOD, MUNIRA SARANI, CONCERNING AMOUNT OWING ON 4/16/12 APPEARANCE BOND |

　　　The Court, having received and read the Supplemental Settlement Agreement of the parties, hereby enters it as an Order of the Court.

　　　Pursuant to the Supplemental Settlement Agreement, the Court further finds the following:

　　　1.　Yasir Mehmood has violated the conditions of his pretrial release in CR 12-154-JAM and 12-093-DAD and the amount of the appearance bond, $50,000, has been forfeited.

　　　2.　Pursuant to the Supplemental Settlement Agreement, absent further order of this Court, the Sureties, Tabassum Sarani Mehmood

ORDER RE SUPPLEMENTAL SETTLEMENT AGREEMENT　　　　　　　　　　　1

1  and Munira Sarani, shall pay at least a $200 monthly payment to the
2  Clerk of the Court by the 5th of each month starting October 5, 2013.
3  On or before March 3, 2014, the Sureties shall make a final payment
4  paying in full the entire balance owed on the $26,000.
5     3.   These funds must be delivered to the Clerk of the Court,
6  501 I Street, Suite 4-200, Sacramento, CA 95814.
7     4.   Upon receipt of the $26,000 balance due under the
8  appearance bond and pursuant to the Supplemental Settlement
9  Agreement, the United States shall forthwith file an order releasing
10 the Sureties of their liability under the appearance bond agreement.
11    So Ordered.
12 DATED:   September 3, 2013.
13                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE

ORDER RE SUPPLEMENTAL SETTLEMENT AGREEMENT                              2