BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>YASIR MEHMOOD,<br><br>            Defendant. | CR NO.  12-154-JAM<br><br>MOTION TO SET STATUS CONFERENCE, TO EXCLUDE TIME; AND ORDER |

   The undersigned counsel for the United States, Michelle Rodriguez, Assistant United States Attorney, hereby moves that this Court calendar a status conference hearing on October 15, 2013 at 9:30 am, or as soon as practicable thereafter.  This status conference is warranted since the Ninth Circuit mandate has been spread and received by the district court.  See ECF 88.

   The United States further moves that this court find time excluded to the October 15, 2013 hearing due to the pendency of defendant's so-called motions regarding discovery and due to defendant Mehmood's repeated filings re his on-going review of

MOTION RE STATUS HEARING AND ORDER (proposed)                    1

1  discovery materials already provided in this case.  In this regard,
2  the United States submits that approx 3,000 pages of discovery have
3  been provided, including numerous summary documents, state law
4  enforcement reports, federal law enforcement reports, victim
5  information, images, search warrant evidence, documents re
6  recordings, copies of misdirected/stolen US Mail, and forensic
7  reports.
8      Based upon the foregoing, time under the Speedy Trial Act should
9  be excluded from the date of this Court's receipt/acknowledgment of
10 the mandate from the Ninth Circuit, namely October 4, 2013, through
11 and including October 15, 2013, pursuant to 18 U.S.C. §3161
12 (h)(8)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4
13 based upon defense preparation.
14     While the United States has not contacted defendant Mehmood
15 regarding the setting of the October 15, 2013 status hearing, the
16 United States submits that the time between the filing of this motion
17 and the proposed hearing is sufficient to provide the defendant with
18 notice.

20 DATED:  October 4, 2013                BENJAMIN WAGNER
                                          United States Attorney

                                                Michelle Rodriguez
                                          /s/ _____
                                          MICHELLE RODRIGUEZ
                                          Assistant U.S. Attorney

26 ///

BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO.  12-154-JAM |
| Plaintiff, | |
| v. | ORDER SETTING STATUS CONFERENCE HEARING ON 10/15/13 AND EXCLUDING TIME |
| YASIR MEHMOOD, | |
| Defendant. | |

UPON GOOD CAUSE SHOWN, it is ORDERED that the above referenced matter shall be calendared for status conference hearing on October 15, 2013, at 9:45 a.m..

Based on the representations of the United States, pendency of motions and or letters from defendant Mehmood, and good cause appearing therefrom, THE COURT HEREBY FINDS that the failure to grant the exclusion of time in this case would deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  FURTHER, the Court finds that

MOTION RE STATUS HEARING AND ORDER (proposed)                    3

the ends of justice to be served by granting the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, it is ordered that time from October 4, 2013, the district court's receipt acknowledgement of the Ninth Circuit mandate, to the October 15, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defendant reasonable time to prepare.  The Court further finds that the ends of justice served by granting this continuance to the available October 15, 2013 hearing outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  10/7/2013                      /s/ John A. Mendez_____
                                       _____
                                       JOHN A MENDEZ
                                       United States District Judge

///