```
BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO.  12-154-JAM |
|                          ) | |
|          Plaintiff,      ) | |
|                          ) | |
|     v.                   ) | MOTION TO SET STATUS CONFERENCE, TO |
|                          ) | EXCLUDE TIME; AND ORDER |
| YASIR MEHMOOD,           ) | |
|                          ) | |
|          Defendant.      ) | |

The undersigned counsel for the United States, Michelle Rodriguez, Assistant United States Attorney, hereby moves that this Court calendar a status conference hearing on February 4, 2014 at 9:45 am, or as soon as practicable thereafter.

On November 8, 2013, this Court ordered that a competency evaluation of defendant Mehmood be conducted.  Pursuant to the 4241 Order, Mehmood was transferred to a specialized federal detention center in the state of Washington.  According to information provided by the detention center's Warden (Jack Fox), Mehmood arrived at the center on December 6, 2013.  See Attachment.  For good cause and to complete the evaluation, Warden Fox requests until January 21, 2014

MOTION RE STATUS HEARING AND ORDER (proposed)                    1

to submit findings of the competency evaluation.  By separate telephonic communication with the undersigned, the treating Forensic Unit Psychologist (Dr Ryan Nybo) has requested the United States provide additional discovery, including all Mehmood letters or correspondence, the Craigslist ads placed by Mehmood, and a list of some of Mehmood's digital image and video files, all as currently marked as discovery.

The United States requests this Court find that all transit time to and from the detention center to be reasonable and in good faith by the U.S. Marshal Service.  Also, the United States requests the period of time to study Mehmood and to complete the competency evaluation of Mehmood is reasonable and in accord with 18 USC 4241. And further, the United States requests this matter be placed on this Court's February 4, 2014 calendar for status hearing.  Assuming the evaluation results in a finding that Mehmood is competent, this status conference is warranted to set this matter for arraignment on the Second Superseding Indictment (returned November 6, 2013) and to set trial and trial confirmation hearing dates.

The United States moves that this Court find time excluded from November 8, 2013 up to and including February 4, 2014 from the speedy trial act pursuant to (1) 18 U.S.C. §3161 (h)(1)(A) (local code A), (2) (h)(1)(H) (Local Code 6), (3) 18 U.S.C. §3161 (h)(4) (Local Code N), (4) 18 U.S.C. §3161 (h)(7)(B)(ii) (Local Code T2), and (5) 18 U.S.C. §3161 (h)(7)(A).  Specifically, under §3161 (h)(7)(B)(ii), the United States urges this Court find that this case is complex and unusual due to novel questions of fact or law relating to his competency.  Moreover, as combined bases and for each independent basis, the United States urges this Court, on its own motion, find

MOTION RE STATUS HEARING AND ORDER (proposed)                    2

the time be properly excluded because the ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial.

DATED:  December 13, 2013

BENJAMIN WAGNER
United States Attorney
   Michelle Rodriguez
/s/ _____
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,       ) CR NO.  12-154-JAM
                                )
            Plaintiff,          )
                                )
    v.                          ) ORDER SETTING STATUS CONFERENCE
                                ) HEARING ON 2/4/14 AND EXCLUDING
YASIR MEHMOOD,                  ) TIME
                                )
            Defendant.          )
```

UPON GOOD CAUSE SHOWN, it is ORDERED that the above referenced matter shall be calendared for status conference hearing on February 4, 2014, at 9:45 a.m.  The hearing set for December 17, 2013 is vacated.

The United States is directed to assist the Forensic Unit Psychologist by providing materials marked as discovery in this matter, including Mehmood's letters or correspondence, the Craigslist ads placed by Mehmood, and the list of Mehmood's digital image and video files.

Based on the representations of the United States, pendency of this Court's Order under 18 USC 4241 compelling a mental competency evaluation, and good cause appearing therefrom, THE COURT HEREBY

MOTION RE STATUS HEARING AND ORDER (proposed)              4

FINDS that time from November 8, 2013 to and including February 4, 2014 shall be excluded from the period under the speedy trial act. Such exclusion is warranted under (1) 18 U.S.C. §3161 (h)(1)(A) (local code A), (2) (h)(1)(H) (Local Code 6), (3) 18 U.S.C. §3161 (h)(4) (Local Code N), (4) 18 U.S.C. §3161 (h)(7)(B)(ii) (Local Code T2), and (5) 18 U.S.C. §3161 (h)(7)(A).  THE COURT, AB INITIO, FURTHER FINDS, under §3161 (h)(7)(B)(ii), this case is complex and unusual due to novel questions of fact or law relating to defendant Mehmood's competency.  AND FURTHER, THIS COURT FINDS such time be properly excluded because the ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  12/16/2013
_____          /s/ John A. Mendez_____
                                          JOHN A MENDEZ
                                          United States District Court Judge

///