IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 ) CR NO.  12-154-JAM<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 ) ORDER SETTING STATUS CONFERENCE<br>YASIR MEHMOOD,                   ) HEARING ON 3/4/14 AND EXCLUDING<br>                                 ) TIME<br>            Defendant.           )<br>_____  ) | |

UPON GOOD CAUSE SHOWN, it is ORDERED that the above referenced matter shall be calendared for status conference hearing on March 4, 2014, at 9:45 a.m.  The hearing set for February 4, 2014 is vacated.

Based on the representations of the United States, pendency of this Court's Order under 18 USC 4241 compelling a mental competency evaluation, and good cause appearing therefrom, THE COURT HEREBY FINDS that time from February 4, 2014 to and including March 4, 2014 shall be excluded from the period under the speedy trial act.  Such exclusion is warranted under (1) 18 U.S.C. §3161(h)(1)(A) (local code A); (2) 18 U.S.C. § 3161(h)(1)(H) (Local Code 6); (3) 18 U.S.C. §3161(h)(4) (Local Code N); (4) 18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T2); and (5) 18 U.S.C. § 3161 (h)(7)(A).  The time up to March 4, 2014 is warranted to allow this Court, defendant Mehmood, and the United States time to review the final report as part of the proceeding and examination to determine the mental competency of defendant Mehmood.

MOTION RE STATUS HEARING AND ORDER (proposed)                    3

AND FURTHER, THIS COURT FINDS such time be properly excluded because the ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  1/17/2014
_____   /s/ John A. Mendez_____
                                  JOHN A MENDEZ
                                  United States District Court Judge

///