```
BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
JEFFREY A. SPIVAK
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>YASIR MEHMOOD,<br><br>         Defendant. | CR NO.  12-154-JAM<br><br>MOTION TO SET STATUS CONFERENCE, TO EXCLUDE TIME; AND ORDER |

The undersigned counsel for the United States, Michelle Rodriguez, Assistant United States Attorney, hereby moves that this Court calendar a status conference hearing on April 1, 2014 at 9:45 am, or as soon as practicable thereafter.

On November 8, 2013, this Court ordered that a competency evaluation of defendant Mehmood be conducted.  Thereafter, for good cause, representatives of the United States Bureau of Prisons ("BOP") requested additional time to conduct the competency evaluation.  On December 16, 2013, this Court entered an order (1) continuing the status conference to February 4, 2014, at 9:45 a.m.; and (2) excluding time from November 8, 2013 to and including February 4, 2014 from the period under the speedy trial act.

MOTION RE STATUS HEARING AND ORDER (proposed)                   1

On January 13, 2014, the United States received notice from the BOP requesting additional time to complete its evaluation. Specifically, the BOP medical professionals requested a "15-day extension, due to the voluminous amount of records that must be reviewed" as part of the competency evaluation of defendant Mehmood. Thereafter, due to the pendency of this Court's Order under 18 USC 4241 compelling a mental competency evaluation, and good cause appearing therefrom for continuance, this Court entered an order continuing the status hearing from February 4, 2014 to March 4, 2014. This Court found any delay up to March 4, 2014 - to allow this court, defendant Mehmood, and the United States time to review the final report - is warranted as part of the proceeding and examination to determine the mental competency of defendant Mehmood.

On February 12, 2014, the United States received notice from the BOP requesting additional time to complete its evaluation. Specifically, the BOP medical professionals requested an additional 15-day extension due to illness of personnel familiar with Mehmood during the period of study and essential to complete the evaluation and report, which report is required as part of the competency evaluation of defendant Mehmood.  See Attachment.  Assuming defendant Mehmood's cooperation, the BOP medical professionals indicated the report will be completed on March 6, 2014.  Id.

For the reasons set forth herein, due to the pendency of this Court's Order under 18 USC 4241 compelling a mental competency evaluation, and good cause appearing therefrom for continuance, the United States moves that this Court enter an order continuing the status hearing from March 4, 2014 to April 1, 2014.  Any delay up to April 1, 2014 - to allow this court, defendant Mehmood, and the

United States time to read, review, and assess the final report - is warranted as part of the proceeding and examination to determine the mental competency of defendant Mehmood.

    Accordingly, the United States submits that this Court vacate the March 4, 2014 status conference and set this matter for such on April 1, 2014.  Also, the United States submits that the time continues to properly be excluded, as the Court previously found, from the speedy trial act period under (1) 18 U.S.C. §3161(h)(1)(A) (local code A); (2) 18 U.S.C. § 3161(h)(1)(H) (Local Code 6); (3) 18 U.S.C. §3161 (h)(4) (Local Code N); (4) 18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T2); and (5) 18 U.S.C. § 3161 (h)(7)(A).  Moreover, as combined bases and for each independent basis, the United States urges this Court, on its own motion, find the time be properly excluded because the ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial.

DATED:  February 14, 2014          BENJAMIN WAGNER
                                      United States Attorney
                                          Michelle Rodriguez
                                    /s/ _____
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )
                               ) CR NO.  12-154-JAM
              Plaintiff,       )
                               )
     v.                        )
                               ) ORDER SETTING STATUS CONFERENCE
YASIR MEHMOOD,                 ) HEARING ON 4/1/14 AND EXCLUDING
                               ) TIME
              Defendant.       )
_____)
```

UPON GOOD CAUSE SHOWN, it is ORDERED that the above referenced matter shall be calendared for status conference hearing on April 1, 2014, at 9:45 a.m.  The hearing set for March 4, 2014 is vacated.

Based on the representations of the United States and the availability of essential personnel to complete the evaluation of defendant Mehmood, pendency of this Court's Order under 18 USC 4241 compelling a mental competency evaluation, and good cause appearing therefrom, THE COURT HEREBY FINDS that time from March 4, 2014 to and including April 1, 2014 shall be excluded from the period under the speedy trial act.  Such exclusion is warranted under (1) 18 U.S.C. §3161(h)(1)(A) (local code A); (2) 18 U.S.C. § 3161(h)(1)(H) (Local Code 6); (3) 18 U.S.C. §3161 (h)(4) (Local Code N); (4) 18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T2); and (5) 18 U.S.C. § 3161 (h)(7)(A).  The time up to April 1, 2014 is warranted to allow this Court, defendant Mehmood, and the United States time to review the

MOTION RE STATUS HEARING AND ORDER (proposed)                    4

final report as part of the proceeding and examination to determine the mental competency of defendant Mehmood.

AND FURTHER, THIS COURT FINDS such time be properly excluded because the ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  2/14/2014                    /s/ John A. Mendez
                                     _____
                                     JOHN A MENDEZ
                                     United States District Court Judge

///