BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
JEFFREY A. SPIVAK
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>YASIR MEHMOOD,<br><br>    Defendant. | CR NO.  12-154-JAM<br><br>MOTION TO (1) SET SECTION 4241 SCHEDULE, (2) RESET BRIEFING SCHEDULE RE DEFENDANT'S MOTIONS, (3) EXCLUDE TIME; AND ORDER |

The United States hereby moves that this Court (1) set a Section 4241 schedule, (2) reset the briefing schedule re defendant's motions entered by this Court on 3/11/14 (ECF 184) and (3) enter an order excluding time under the speedy trial act for pending motions.

                                1.

On 11/8/13, this Court ordered that a Section 4241 competency evaluation of defendant Mehmood be conducted.  Thereafter, on 3/6/14, the Bureau of Prisons completed its Forensic Evaluation and provided it to the Court, the United States, and defendant Mehmood.  Regarding the Forensic Evaluation, the United States moves that this Court

MOTION RE 4241, BRIEFING, & SPEEDY TRIAL AND ORDER (proposed)        1

enter the following schedule:  written filings (including any objections to the Forensic Evaluation), if any, due by 3/25/14, and the Section 4241(c) hearing shall commence on 4/1/14 at 9:45 a.m.

2.

Assuming that on 4/1/14 this Court finds defendant Mehmood is competent to stand trial, the United States moves that this Court reset the briefing schedule and enter a briefing schedule regarding (a) all pending motions (not previously denied by minute order on 3/11/14, ECF 184) and (b) any additional dispositive motions, as follows:

```
Defendant's Motions due 5/12/14
United States' Opposition(s) due 6/6/14
Defendant's Reply (if any) due 6/16/14
Hearing on Defendant's motions due 6/24/14
```

The United States intends to present this matter to the grand jury for a third superseding indictment on or before 4/10/14, on which defendant Mehmood will be arraigned on or about 4/11/14 at 2:00 p.m. The herein proposed schedule provides defendant Mehmood over 30 days to review the third superseding indictment and any additional discovery, and to prepare any additional motions before the 5/12/14 deadline.

Assuming this Court enters the proposed briefing schedule and resolves the pending motions (and additional motions, if any) on 6/24/14, the United States requests this Court set trial on or before 8/4/14 (approximately 42 days later).  There are approximately 47 days remaining under the Speedy Trial Act (subtracting the period from 10/15/13 through 11/8/13 from the 70 day period).  Time is currently excluded through and including 4/1/14.  ECF 180.

///

3.

Now pending before this Court are approximately 27 motions filed by defendant Mehmood. ECF 184. Assuming that on 4/1/14 this Court finds defendant Mehmood is competent to stand trial, these pending motions operate to exclude time under the Speedy Trial Act until resolved. 18 USC 3161(h)(1)(D); Local Code E.

The above proposed schedule allows for resolution of the pending motions, as well as for resolution of any additional motions to be filed by defendant Mehmood through the 5/12/14 deadline.

For the reasons set forth herein, and good cause appearing therefrom, the United States moves that this Court enter the proposed briefing schedule and enter the proposed order finding excludable time from 4/1/14 to 6/24/14. 18 U.S.C. §3161(h)(1)(D) (local code E). Further, the United States urges that this Court find, due to the pendency of defendant Mehmood's numerous motions, that the time from 4/1/14 to and including 6/24/14 be properly excluded because the ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial.

DATED:   3/13/14

BENJAMIN WAGNER
United States Attorney
    Jeffrey A. Spivak
/s/ _____
MICHELLE RODRIGUEZ
JEFFREY A. SPIVAK
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )
                               ) CR NO.  12-154-JAM
               Plaintiff,      )
                               ) ORDER (1) SETTING SECTION 4241
     v.                        ) SCHEDULE, (2) RESETTING BRIEFING
                               ) SCHEDULE RE DEFENDANT'S PENDING
YASIR MEHMOOD,                 ) MOTIONS AND SETTING BRIEFING
                               ) SCHEDULE, AND (3) EXCLUDING TIME
               Defendant.      ) UNDER THE SPEEDY TRIAL ACT
                               )
```

HEREBY, UPON GOOD CAUSE SHOWN, it is ORDERED AS FOLLOWS:

   (1) Pursuant to 18 U.S.C. 4241(c) this Court shall conduct a hearing on 4/1/14 at 1:30 p.m. to rule on the competency of defendant Mehmood to stand trial.  Each party shall submit written filings (including any objections to the Forensic Evaluation), if any, on or before 3/25/14.

   (2) The briefing schedule on pending motions set forth in this Court's 3/11/14 minute order is vacated.  Defendant Mehmood shall file all motions on or before 5/12/14.  The United States shall file a response to (a) all pending motions (not previously denied the 3/11/14 minute order) and (b) any additional dispositive motions on or before 6/6/14.  Defendant Mehmood shall file an optional reply on or before 6/16/14.  The Clerk of the Court is ordered to calendar hearing on the motions on 6/24/14 at 1:30 p.m.

MOTION RE 4241, BRIEFING, & SPEEDY TRIAL AND ORDER (proposed)    4

     Further, the Clerk of the Court is ordered to set this matter for trial confirmation on 7/8/14 at 9:45 a.m. and for trial on 8/4/14 at 9:00 a.m. At the time of trial confirmation, the Court will address the issue of any in limine motions.

     (3)  Pursuant to 18 U.S.C. §3161(h)(1)(D) (local code E) and the pendency of defendant Mehmood's numerous motions, the time from 4/1/14 to and including 6/24/14 is excluded from the Speedy Trial Act.  Further, the time from 4/1/14 to and including 6/24/14 is properly excluded because the ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  3/14/2014                    /s/ John A. Mendez
                                     _____
                                     JOHN A MENDEZ
                                     United States District Court Judge

///