BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>   v.<br>YASIR MEHMOOD,<br>            Defendant,<br>   and<br>TABASSUM SARANI MEHMOOD,<br>MUNIRA SARANI,<br>            Sureties. | CR NO.  2:12-CR-00154-JAM<br><br>APPLICATION AND ORDER ~~TO EXONERATE~~ RE: APPEARANCE BOND AND RELEASE OF SURETIES |

     The plaintiff, United States of America, applies for an order exonerating the appearance bond for Yasir Mehmood and for release of Sureties, Tabassum Sarani Mehmood and Munira Sarani, for the following reasons:

     1.   On 4/16/12, Yasir Mehmood was released from custody upon the posting of a $50,000 appearance bond.  Each Surety, Tabassum Sarani Mehmood and Munira Sarani, signed the appearance bond promising that each is "jointly and severally liable" and together are "bound to pay to the United States of America the sum of

$50,000".

2. On 3/1/13, Mehmood's supervising U.S. Pretrial Services Officer filed a petition to revoke his supervised release for violation conditions, including absconding and removing the GPS transmitter ankle bracelet.  On 3/1/13, the Magistrate Court Judge issued a Warrant for Arrest of Mehmood.

3. On 3/7/13, the $50,000 appearance bond was forfeited and the Sureties were ordered to pay a total of $50,000 to the Clerk of the Court.

4. The Clerk of the Court has informed the United States that a total of $50,000 has been received from the Sureties for the appearance bond.

5. The United States requests that the bond be exonerated and the Sureties be released from any further liability for the $50,000 appearance bond, which has now been satisfied in full.

DATED: March 31, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**ORDER**

The $50,000 appearance bond having been forfeited, the Sureties, Tabassum Sarani Mehmood and Munira Sarani, are hereby released from any further liability for the $50,000 appearance bond.

DATED:  April 1, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Application and Order to Exonerate Bond                                           2