**Yasir Mehmood**
**B15019230**
**Wayne Brown Correctional Facility**
**P.O. Box 928**
**Nevada City, CA  95959**

**In pro per**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  12-CR-00154 JAM |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING** |
| YASIR MEHMOOD, ) | |
| Defendants. ) | |

　　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Heiko Coppola, Assistant United States Attorney and YASIR MEHMOOD, defendant, that the Evidentiary Hearing on the Suppression Motion presently set for April 14, 2015, be continued to June 16, 2015, at 1:30 p.m., thus vacating the presently set hearing.

　　　　　Defendant needs additional time to prepare his response to the Government's Consolidated Opposition to Defendant's Pretrial Motions, due to his transfer from Sacramento County Jail to the Wayne Brown Correctional Facility in Nevada County, California. Defendant's response brief will now be due on June 2, 2015.

　　　　　Therefore, Heiko Coppola, Assistant United States Attorney, and Defendant Yasir Mehmood stipulate and agree that time should continue to be excluded under the Speedy Trial Act. 18 U.S.C. 3161(h)(1)(D) (pretrial motions pending) and Local Code E, The parties request the Court exclude time from the date of the filing of the order until the date of evidentiary hearing on June 16, 2015.

**IT IS SO STIPULATED.**

Dated: March 9, 2015                                          By:   Signature on file
                                                                               YASIR MEHMOOD


Dated: March 9, 2015                                          Benjamin B. Wagner
                                                              United States Attorney

                                                              By: /s/ Heiko Coppola
                                                              HEIKO COPPOLA
                                                              Assistant U.S. Attorney


## ORDER

The Court, having read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that time should be excluded for pending pretrial motions.

The Court orders that the time from the date of the parties' stipulation, to and including June 16, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E (pretrial motions). It is further ordered that the April 14, 2015, Evidentiary Hearing shall be continued until June 16, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: 3/20/2015                                              /s/ John A. Mendez
                                                              JOHN A. MENDEZ
                                                              United States District Judge