**Yasir Mehmood**
**B15019230**
**Wayne Brown Correctional Facility**
**P.O. Box 928**
**Nevada City, CA  95959**

**In pro per**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  12-CR-00154 JAM |
|             Plaintiff, | ) |
|       vs. | ) **STIPULATION AND ORDER TO CONTINUE HEARING** |
| YASIR MEHMOOD, | ) |
|             Defendants. | ) |

      IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Heiko Coppola, Assistant United States Attorney and YASIR MEHMOOD, defendant, that the Evidentiary Hearing on the Suppression Motion presently set for June 16, 2015, be continued to August 25, 2015, at 1:30 p.m., thus vacating the presently set hearing.

      Defendant needs additional time to prepare his response to the Government's Consolidated Opposition to Defendant's Pretrial Motions, due to his transfer to Sacramento County Jail from the Wayne Brown Correctional Facility in Nevada County, California. Defendant's response brief will now be due on August 11, 2015.

      Therefore, Heiko Coppola, Assistant United States Attorney, and Defendant Yasir Mehmood stipulate and agree that time should continue to be excluded under the Speedy Trial Act. 18 U.S.C. 3161(h)(1)(D) (pretrial motions pending) and Local Code E, The parties request the Court exclude time from the date of the filing of the order until the date of evidentiary hearing on August 25, 2015.

**IT IS SO STIPULATED.**

Dated: March 30, 2015					By:  Signature on file
										YASIR MEHMOOD

Dated: March 30, 2015					Benjamin B. Wagner
										United States Attorney

										By: /s/ Heiko Coppola
										HEIKO COPPOLA
										Assistant U.S. Attorney

## ORDER

The Court, having read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that time should be excluded for pending pretrial motions.

The Court orders that the time from the date of the parties' stipulation, to and including August 25, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E (pretrial motions). It is further ordered that the June 16, 2015, Evidentiary Hearing shall be continued until August 25, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: 4/1/2015						/s/ John A. Mendez
										JOHN A. MENDEZ
										United States District Court Judge