**Yasir Mehmood**
**Reg. # 68542097**
**Nevada Southern Detention Center**
**2190 E. Mesquite Ave.,**
**Pahrump, NV  89060**

**In pro per**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  12-CR-00154 JAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| YASIR MEHMOOD, | |
| Defendants. | |

     IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Heiko Coppola, Assistant United States Attorney and YASIR MEHMOOD, defendant, that the Evidentiary Hearing on the Suppression Motion presently set for August 25, 2015, be continued to November 10, 2015, at 1:30 p.m., thus vacating the presently set hearing.

     Defendant needs additional time to prepare his response to the Government's Consolidated Opposition to Defendant's Pretrial Motions, due to his transfer to the Nevada Southern Detention Center in Pahrump, Nevada. Because of the transfer, there has been a delay in getting approval for and instructions from the Bureau of Prisons regarding how to ship his voluminous legal documents, including discovery, pleadings, and legal research, to his new residence. Defendant's response brief will now be due on October 27, 2015.

     Therefore, Heiko Coppola, Assistant United States Attorney, and Defendant Yasir Mehmood stipulate and agree that time should continue to be excluded under the

Speedy Trial Act. 18 U.S.C. 3161(h)(1)(D) (pretrial motions pending) and Local Code E, The parties request the Court exclude time from the date of the filing of the order until the date of evidentiary hearing on November 10, 2015.

**IT IS SO STIPULATED.**

Dated: July 6, 2015                              By:   Signature on file
                                                              YASIR MEHMOOD


Dated: July 6, 2015                              Benjamin B. Wagner
                                                 United States Attorney

                                                 By: /s/ Heiko Coppola
                                                 HEIKO COPPOLA
                                                 Assistant U.S. Attorney


### PROPOSED ORDER

The Court, having read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that time should be excluded for pending pretrial motions.

The Court orders that the time from the date of the parties' stipulation, to and including November 10, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E (pretrial motions). It is further ordered that the August 25, 2015, Evidentiary Hearing shall be continued until November 10, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  7/6/2015                                 /s/ John A. Mendez
                                                 JOHN A. MENDEZ
                                                 United States District Judge