UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>YASIR MEHMOOD,<br><br>    Defendant. | No.  2:12-CR-00154-JAM-1<br><br><br>**ORDER** |

    The Court is in receipt of pro se Defendant Yasir Mehmood's Motion to Access Grand Jury Composition and Selection Information and Grand Jury Lists ("Motion") (ECF No. 177).  That Motion is unpersuasive.  First, there is currently an order in place in this action prohibiting the filing of any new motions until further order of the court.  ECF No. 270.  Accordingly, Defendant is currently precluded from filing a motion challenging the cross-section of the grand jury, and the instant request for information pertaining that that motion is consequently premature.

///

///

///

///

///

1

More importantly, however, is the fact that this Defendant, who has been charged with multiple crimes relating to identity theft, is proceeding pro se and thus requests the disclosure of juror information to him <u>personally</u> instead of, as would typically be the case, to counsel.  Under these circumstances, Defendant has not convinced the Court that any exceptional or compelling reason justifies releasing the detailed information Defendant requests.  As such, Defendant's (ECF No. 177) Motion is DENIED.[1]

IT IS SO ORDERED.

Dated:  November 19, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Having determined oral argument would not be of material assistance, the Court orders this matter submitted on the briefs.