IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>YASIR MEHMOOD,<br><br>                Defendant. | CASE NO. 2:12-CR-00154-JAM<br><br>ORDER ON MOTION TO DISMISS COUNTS 1, 7-9, 11, 13-16, 18, 23, 24, 28-35 OF THE SECOND SUPERSEDING INDICTMENT<br><br>Date:  December 28, 2015<br>Time:  9:00 a.m.<br>Ctrm:  Honorable John A. Mendez |

ORDER

      Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing Counts 1, 7 to 9, 11, 13 to 16, 18, 23, 24, 28-35 of the Second Superseding Indictment.

      It is hereby ORDERED that Counts 1, 7 to 9, 11, 13 to 16, 18, 23, 24, 28-35 of the Second Superseding are dismissed without prejudice.

Date:  12/22/2015

/s/ John A. Mendez
HON. JOHN A MENDEZ
UNITED STATES DISTRICT JUDGE

Order to Dismiss Counts           1