PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
ANNA T. PLETCHER
Special Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>YASIR MEHMOOD,<br><br>            Defendant. | 2:12-CR-00154-JAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

   Based upon the plea agreement entered into between plaintiff United States of America and defendant Yasir Mehmood, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

   1.   Pursuant to 18 U.S.C. § 982(a)(2)(B), defendant Yasir Mehmood 's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a.   Approximately $10,500.00 in U.S. Currency,
   b.   Approximately 3,300 Saudi Riyals,
   c.   2004 Honda Civic, GX CVT, VIN: 1HGEN26574L000735, Paper License Plate: 716666V,
   d.   9 iPhones, 4S, Serial Numbers: C39H54EQDT9V, C39H53FODT9V, C39H55LZDT9V, C39H57PMDT9V, C38GX618DT9V, DNPH40MMDTDO, C39GYPFEDTDO, DNPH420FDTDO, and C39GYM3ZDTDO,
   e.   6 iPads, 2 Wi-Fi 16GB, Serial Numbers: DMPH1377DFHW, DN6GY9XJDFHW, DMTGX086DFHW, DMQGWQRRDKPH, DMPGXPYADKPH, and DMPGW750DKPH,
   f.   6 iPads, 2 Wi-Fi 32GB, Serial Numbers: DN6H1SUODFHY, DMPH18MHDFHY, DMPH18L7DFHY, DN6H1S2PDFHY, DMPGX97JDKP, and DN6WMMFDKP,

     g.    2 iPads, 2 Wi-Fi 3G 32GB, Serial Numbers: DN6GXD8ZDFJ2 and DMPGW1L7DFJ2,
     h.    The value, i.e. balance of funds, in each of the debit card accounts identified in the offense alleged herein,
     i.    Acer Aspire Laptop Serial NXM4UAA001236021B42000, and
     j.    computers and equipment including: Acer Aspire Laptop Serial NXM4UAA00123909F982000, HP Elite Laptop Serial 2CE9315PP4, and peripheral equipment.

2. The above-listed property constitutes property derived from proceeds obtained directly or indirectly as a result of a violation of 18 U.S.C. § 1344.

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 982(b)(1) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(2)(B), in which all interests will be addressed.

SO ORDERED this 17th day of June, 2016

                                                         /s/ John A. Mendez
                                                         JOHN A. MENDEZ
                                                         United States District Court Judge

Preliminary Order of Forfeiture