PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>YASIR MEHMOOD,<br><br>             Defendant. | 2:12-CR-00154-JAM<br><br>FINAL ORDER OF FORFEITURE |

On June 17, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(2)(B), based upon the plea agreement entered into between plaintiff and defendant Yasir Mehmood forfeiting to the United States the following property:

   a.   Approximately $10,500.00 in U.S. Currency,
   b.   Approximately 3,300 Saudi Riyals,
   c.   2004 Honda Civic, GX CVT, VIN: 1HGEN26574L000735, Paper License Plate: 716666V,
   d.   9 iPhones, 4S, Serial Numbers: C39H54EQDT9V, C39H53FODT9V, C39H55LZDT9V, C39H57PMDT9V, C38GX618DT9V, DNPH40MMDTDO, C39GYPFEDTDO, DNPH420FDTDO, and C39GYM3ZDTDO,
   e.   6 iPads, 2 Wi-Fi 16GB, Serial Numbers: DMPH1377DFHW, DN6GY9XJDFHW, DMTGX086DFHW, DMQGWQRRDKPH, DMPGXPYADKPH, and DMPGW750DKPH,
   f.   6 iPads, 2 Wi-Fi 32GB, Serial Numbers: DN6H1SUODFHY, DMPH18MHDFHY, DMPH18L7DFHY, DN6H1S2PDFHY, DMPGX97JDKP, and DN6WMMFDKP,
   g.   2 iPads, 2 Wi-Fi 3G 32GB, Serial Numbers: DN6GXD8ZDFJ2 and DMPGW1L7DFJ2,
   h.   The value, i.e. balance of funds, in each of the debit card accounts identified in the offense alleged herein,

      i.      Acer Aspire Laptop Serial NXM4UAA001236021B42000, and
      j.      computers and equipment including: Acer Aspire Laptop Serial NXM4UAA00123909F982000, HP Elite Laptop Serial 2CE9315PP4, and peripheral equipment.

Beginning on July 10, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 982(a)(2)(B), including all right, title, and interest of Yasir Mehmood. The above-listed property shall be disposed of according to law.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Postal Inspection Service or the U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 22nd day of February, 2017

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge