PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>          v.<br><br>YASIR MEHMOOD,<br><br>               Defendant. | CASE NO. 2:12-CR-154-JAM<br><br>UNITED STATES' REQUEST AND ORDER TO CONTINUE RESTITUTION HEARING<br><br>DATE: May 9, 2017<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

I.    <u>SUMMARY</u>

On February 14, 2017, the Court sentenced Defendant Yasir Mehmood to 54 months of incarceration, 5 years of supervised and restitution, in an amount to be determined at a May 9, 2017 restitution hearing. (ECF #457).

On May 2, 2017, the United States Attorney's Office learned that the United States Marshals Service (USMS) had not arranged to transport Defendant Mehmood from the Southern Nevada Detention Facility in Pahrump, Nevada to Sacramento to attend the restitution hearing because Defendant Mehmood was no longer in USMS custody and had been released to the custody of U.S. Immigration and Customs Enforcement (ICE). Although the United States has made efforts to arrange for Defendant Mehmood's transportation to Sacramento for the May 9, 2017, it does not appear the USMS will be able to transport Defendant Mehmood to Sacramento by May 9, 2017 given Defendant's current location in Nevada and his prior housing issues. The United States requests the Court continue

the restitution to Tuesday June 6, 2017 at 9:15 a.m. (or to another date the Court deems appropriate) to allow the United States to arrange for Defendant Mehmood's transportation to the restitution hearing.

Although a June 6, 2017 restitution hearing will be more than 90 days after the May 9, 2017 sentencing hearing, this delay does not eliminate the Court's ability to order restitution, since the Court made clear prior to the 90 day deadline's expiration (as the Court did at sentencing and in the Judgment (ECF#457)), that the Court intended to order restitution in an amount to be determined at a later date. See United States v. Dolan, 560 U.S. 605 (2010) (holding that a sentencing court that orders restitution after the 90 day deadline nonetheless retains the power to do so - at least where prior to the deadline's expiration, the court made clear it would order restitution). Given the issues relating to Defendant Mehmood's transportation, the United States believes there is good cause to continue the hearing an additional 30 days to allow[1] Defendant Mehmood's participation in the hearing.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

---

[1] Defendant Mehmood has indicated his desire to participate in the restitution hearing. On May 2, 2017, he filed a motion requesting the Court compel the USMS to transfer him to Sacramento for the May 7, 2017 hearing (ECF #474)).

UNITED STATES' REQUEST TO CONTINUE
RESTITUTION HEARING

II.     <u>CONCLUSION</u>

The United States requests that the Court continue the restitution hearing until June 6, 2017 at 9:15 am or to another date the Court deems appropriate.

Dated:  May 4, 2017                                    PHILLIP A. TALBERT
                                                       United States Attorney


                                                By:   /s/ JEFFREY A. SPIVAK
                                                      JEFFREY A. SPIVAK
                                                      Assistant United States Attorney


<u>**ORDER**</u>

The restitution hearing in this matter is continued until June 6, 2017 at 9:15 am to allow for the United States to arrange for Defendant Mehmood's transportation.

The Court has previously indicated it intends to impose restitution.  It will do so on June 6, 2017.

IT IS SO ORDERED.

Dated:  May 5, 2017                                    /s/ JOHN A. MENDEZ
                                                       JOHN A. MENDEZ
                                                       UNITED STATES DISTRICT JUDGE