IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:12-cr-00154 JAM |
|---|---|---|
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| YASIR MEHMOOD, | ) | |
| Defendant. | ) | |

    The court received a motion for appointment of counsel. CJA Panel attorney J. Toney is hereby appointed effective April 23, 2019, the date the Office of the Federal Defender first contacted him.

DATED: 4/24/2019

                                      /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      United States District Court Judge