J Toney, SB# 43143

Box 1515, Woodland CA 95776

Phone/Fax 530 666-1908

yoloconflict@aol.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-CR-00154 JAM |
|---|---|
| Plaintiff, | **NOTICE OF REQUEST TO SEAL DOCUMENTS, REQUEST TO SEAL; PROPOSED ORDER L.R. 141(b)** |
| v. | |
| YASIR MEHMOOD, | |
| Defendant. | |

Notice is hereby given that Yasir Mehmood, by and through appointed counsel J. Toney, asks this Court to seal medical records offered in support of the motion for a mental competence examination. This notice, request, and proposed order are being filed electronically, while the same documents have been sent to chambers and to the United States Attorney's office along with the medical records that counsel asks to be sealed.

Dated: September 4, 2019.

                        Respectfully submitted,

                        /s/ J Toney
                        J. Toney
                        Counsel for Yasir Mehmood

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YASIR MEHMOOD,<br><br>　　　　Defendant. | No.  2:12-CR-00154 JAM<br><br>**REQUEST TO SEAL; PROPOSED ORDER**<br>**L.R. 141(b)** |

MEMORANDUM OF POINTS AND AUTHORITIES

The public has a general right to "inspect and copy public records and documents, including judicial records and documents. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (citation, internal quotation omitted).  When a party seeks to seal a document in connection with a dispositive motion, he or she must show a "compelling reason" to do so.  "The need to protect medical privacy qualifies as a 'compelling reason' that overcomes the presumption of public access to judicial records. *Abbey v. Hawaii Employers Mut. Ins. Co.*, 760 F. Supp. 2s 1005, 1013 (D. Haw. 2010).

/////

/////

/////

/////

/////

Here, counsel wishes to offer a medical report containing medical information is support of his request for a psychiatric examination: maintaining Mehmood's medical privacy satisfies the "compelling need" standard for sealing.

Dated: September 4, 2019.

>Respectfully submitted,
>
>/s/ J Toney
>J Toney
>Attorney for Yasir Mehmood

**ORDER**

Having considered counsel's request to file medical records under seal, the court finds compelling reasons to do so, in order to protect Yasir Mehmood's medical privacy.

Dated: 9/9/2019

>/s/ John A. Mendez
>JOHN A. MENDEZ
>UNITED STATES DISTRICT COURT JUDGE