UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>YASIR MEHMOOD,<br><br>Movant. | No. 2:12-cr-00154 JAM-AC-1<br><br><br><br>ORDER |

For good cause shown, the United States' motion for extended time to respond to movant's pending motion under 28 U.S.C. § 2255, ECF No. 563, is granted.

Movant's request for a stay and/or leave to amend his pending motion, ECF No. 560, is denied. Movant's request is premised on the contention that "the issues in motion to vacate are pending in Ninth Circuit #17-10102." ECF No. 560 at 1. However, the Ninth Circuit issued a memorandum decision in that case on January 18, 2019, dismissing the appeal on the ground that movant waived his right to appeal his conviction and sentence. USCA Case No. 17-10102, ECF No. 65. The mandate issued on April 30, 2019. Id., ECF No. 68. Accordingly, that case is no longer pending.

The undersigned is aware that movant has other matters pending in the Court of Appeals, but their relationship to the § 2255 motion, if any, is not clear. Counsel for the government

should address in the response whether the § 2255 motion challenges a judgment that remains subject to appellate review.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States' motion for extended time to respond to movant's Section 2255 motion, ECF No. 563, is GRANTED. The United States shall file and serve its response on or before February 18, 2020. Movant's traverse, if any, is due 30 days thereafter.

2. Petitioner's motion to stay and/or amend his Section 2255 motion, ECF No. 560, is DENIED.

DATED: December 13, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE